UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
                                                                 :
JOHN RIZZI 05-A-2335,                        :      **NOTICE OF APPEARANCE**
                                                                 :
        Petitioner,                          :
                                                                 :      CV-08-4736 (LTS)(KNF)
    - against -                                :
                                                                 :
SUPERINTENDENT PAYANT,                :
                                                                 :
        Respondent.                        :
                                                                 :
---------------------------------------------------------------- x

    PLEASE TAKE NOTICE that respondent, Superintendent Payant, by his attorney, ANDREW M. CUOMO, Attorney General of the State of New York, hereby requests that all future papers be served upon the Attorney General, to the attention of Paul M. Tarr, Assistant Attorney General, now the lead and notice attorney for respondent in relation to the above-captioned matter, at paul.tarr@oag.state.ny.us or 120 Broadway, 22nd Floor, New York, New York 10271-0332.

Dated:   New York, New York
            July 24, 2008

                                       ANDREW M. CUOMO
                                       Attorney General of the
                                       State of New York
                                       <u>Attorney for the Defendants</u>

                          By:   <u>/s/ Paul M. Tarr</u>
                                    PAUL M. TARR
                                    Assistant Attorney General
                                    120 Broadway
                                    New York, New York  10271
                                    Paul.tarr@oag.state.ny.us
                                    (212) 416-8785

## DECLARATION OF SERVICE

PAUL M. TARR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that, on July 24, 2008, he served the annexed notice of appearance upon petitioner, by having it mailed via the United States Postal Service, to the petitioner at the following address:

>   Mr. John Rizzi
>   05-A-2335
>   Mohawk Correctional Facility
>   P.O. Box 8451
>   Rome, NY 13442

>   /s/ Paul M. Tarr
>   Paul M. Tarr
>   Assistant Attorney General
>   (212) 416-8785
>   Paul.tarr@oag.state.ny.us

Executed on July 24, 2008